NATIONAL SLOVAK SOCIETY *v.* McQUADE.

This case is controlled by *Union Guardian Trust Co.* v. *Rau, ante,* 324.

Appeal from Wayne; Richter (Theodore J.), J. Submitted October 30, 1931. (Docket No. 228, Calendar No. 35,953.) Decided October 30, 1931.

Bill by National Slovak Society of the United States of America, a Pennsylvania corporation, against Walter McQuade and others to foreclose a mortgage. From order appointing a temporary receiver, defendant Ulrich Lumber & Coal Company, a Michigan corporation, appeals. Reversed.

*Lawrence J. DeFerie,* for appellant.

*Max M. Braun,* for appellee.

SHARPE, J. On a bill of complaint filed by the plaintiff to foreclose a mortgage on real estate now owned by the Ulrich Lumber & Coal Company for default in the payment of interest and taxes, the trial court, on motion of the plaintiff, appointed a temporary receiver to take charge of the premises and collect the rentals thereof. An appeal from the order so made is before us.

Under our recent decision in *Union Guardian Trust Co.* v. *Rau, ante,* 324, the order will be overruled and set aside, with costs to appellant.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, POTTER, NORTH, and FEAD, JJ., concurred.